UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

---

No. 21-1303

BOSTON PARENT COALITION
FOR ACADEMIC EXCELLENCE CORP.,

Plaintiff – Appellant,

v.

THE SCHOOL COMMITTEE OF THE CITY OF BOSTON; et al.,

Defendants – Appellees,

THE BOSTON BRANCH OF THE NAACP, et al.,

Defendants – Intervenors – Appellees.

---

22-1144

BOSTON PARENT COALITION
FOR ACADEMIC EXCELLENCE CORP.,

Plaintiff – Appellant,

v.

THE SCHOOL COMMITTEE OF THE CITY OF BOSTON; et al.,

Defendants – Appellees,

THE BOSTON BRANCH OF THE NAACP, et al.,

Defendants – Intervenors – Appellees,

KAY H. HODGE; JOHN MATTHEW SIMON,

Respondents.

---

On Appeal from the United States District Court
for the District of Massachusetts
Honorable William G. Young, District Judge

---

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE OPENING BRIEF AND APPENDIX**

———————————————

CHRISTOPHER M. KIESER
JOSHUA P. THOMPSON
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, California 95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
CKieser@pacificlegal.org
JThompson@pacificlegal.org

WILLLIAM H. HURD
ECKERT SEAMANS CHERIN & MELLOTT,
  & MELLOTT, LLC
919 E. Main Street, Suite 1300
Richmond, Virginia 23219
Telephone: (804) 788-9638

*Attorneys for Plaintiff – Appellant*

1

## Corporate Disclosure Statement

Pursuant to Federal Rule of Appellate Procedure 26.1, Plaintiff-Appellee Boston Parent Coalition for Academic Excellence Corp. hereby states that it has no parent companies, subsidiaries, or affiliates that have issued shares to the public.

Pursuant to Federal Rule of Appellate Procedure 26(b), Plaintiff-Appellant Boston Parent Coalition for Academic Excellence Corp. respectfully requests an additional seven days to file its opening brief and appendix in this case. In accordance with a request from Intervenor-Appellees, Appellant also requests that the deadline to file Appellees' briefs be extended for an additional two weeks. Defendant-Appellees and Intervenor-Appellees have indicated that they do not oppose this motion.

In support of this motion, Appellant states the following:

1. These appeals are both from the same district court case challenging the Boston School Committee's use of a ZIP Code quota for admission to Boston's "Exam Schools" for school year 2021-22. This Court granted Appellant's unopposed motion to consolidate the cases for briefing and argument on March 29, 2022.

2. Appellant's opening brief and appendix are currently due on May 31, 2022. Under this Court's briefing schedule, Defendant-Appellees' and Intervenor Appellees' briefs are due on June 30, while Appellant's reply brief is due on July 21.

3. Counsel Christopher M. Kieser, who is primarily responsible for drafting Appellant's briefing in these cases, has been representing

Appellant only since February 28, 2022. In the meantime, counsel has also been responsible for much of the drafting of the briefing on an emergency motion for a stay pending appeal in the Fourth Circuit in *Coalition for TJ v. Fairfax County School Board*, No. 22-1280 (4th Cir.). Counsel represented Appellee Coalition for TJ in that case, opposing the stay motion. When the Fourth Circuit granted the stay on March 31, 2022, counsel was involved in an emergency application to Chief Justice Roberts seeking to vacate the stay. On April 25, the Supreme Court ultimately denied the application by a 6-3 vote. No. 21A590, 2022 WL 1209926 (U.S.). However, merits briefing continues on an expedited schedule in the Fourth Circuit, and Appellee's response brief is due on June 13.

4. Due to the proceedings in *Coalition for TJ* and other concurrent work, a further seven days to prepare the opening brief in this case would substantially aid in the presentation of this complex case to the Court.

5. Neither Defendant-Appellees nor Intervenor-Appellees oppose this motion. Intervenor-Appellees asked counsel to seek an additional two weeks for the response briefs.

For these reasons, Appellant respectfully requests that the Court extend and modify the briefing schedule to the following:

Appellant's principal brief: June 7, 2022

Appellees' response briefs: July 19, 2022

Appellant's reply brief: August 9, 2022

DATED: May 23, 2022.

Respectfully submitted,

CHRISTOPHER M. KIESER
JOSHUA P. THOMPSON
WILLLIAM H. HURD

s/ Christopher M. Kieser
   CHRISTOPHER M. KIESER

*Attorneys for Plaintiff – Appellant*

## Certificate of Compliance

This motion complies with Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 407 words.

**Signature** s/ Christopher M. Kieser      **Date:** May 23, 2022.
           CHRISTOPHER M. KIESER

## Certificate of Service

I hereby certify that on May 23, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ Christopher M. Kieser<br>
CHRISTOPHER M. KIESER