# United States Court of Appeals
## For the First Circuit

Nos. 21-1303
22-1144

BOSTON PARENT COALITION FOR ACADEMIC EXCELLENCE CORP.,

Plaintiff - Appellant,

v.

THE SCHOOL COMMITTEE OF THE CITY OF BOSTON; ALEXANDRA OLIVER-DAVILA; MICHAEL O'NEIL; HARDIN COLEMAN; LORNA RIVERA; JERI ROBINSON; QUOC TRAN; ERNANI DEARAUJO; BRENDA CASSELLIUS,

Defendants - Appellees,

THE BOSTON BRANCH OF THE NAACP; THE GREATER BOSTON LATINO NETWORK; ASIAN PACIFIC ISLANDER CIVIC ACTION NETWORK; ASIAN AMERICAN RESOURCE WORKSHOP; MAIRENY PIMENTEL; H.D.,

Defendants - Intervenors - Appellees.

**MANDATE**

Entered: January 11, 2024

In accordance with the judgment of December 19, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Brian M. Alosco, Virginia Benzan, Melanie Berdecia, Kathleen B. Boundy, Ruth A. Bourquin, Melanie Burke, Christopher W. Carlson Jr., Jennifer J. Clark, Janelle Heather Dempsey, Drew A. Domina, Francisca Fajana, Gordon M. Fauth Jr.. Susan M. Finegan, Sydney A. Foster, Adam S. Gershenson, Jon M. Greenbaum, Sarah Hinger, David Hinojosa, Kay H. Hodge, William H. Hurd, Christopher M. Kieser, Paul Lantieri III, Bethany Yue Ping Li, Donald Campbell Lockhart, Thomas Francis Maffei, Lisa Skehill Maki, Daniel S. Manning, Lakeisha F. Mays, Mathilda McGee-Tubb, Michael John McMahon, Mary Grace White Metcalfe, Sammy Nabulsi, Andrew N. Nathanson,  Peter F. Neronha, Doreen M. Rachal, Marc John Randazza, Nicolas Y. Riley, Robby Lee Ray Saldana, Lauren A. Sampson, Oren McCleary Sellstrom, Michael N. Sheetz, John Matthew Simon, William F. Sinnott, Callan G. Stein, Abigail Taylor, Joshua P. Thompson, Genevieve Bonadies Torres, Amanda Buck Varella, Janet Vo